IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAR 0 6 2006

Michael N. Milby, Clerk of Court

| | |
|---|---|
| AMBERLY PRESTON, BRANDY SUE SPIVEY, KIMBERLY SUE BROOKS, NICOLE BOLIN, SHENATHRA COLLINS, TANYA DEFOE, ERICA FULLER, NANCY GALEANO, DEBRA GILCHRIST, VANESSA GUERRERO, SANDRA LATIGO, DANIELLE LYNN, KENDALL MCCLELLAN, TIFFANY MOORE, LAKEITHA PROCTOR, STACY ROGERS, ESMERALDA ROMERO, IMAN SAYYAD, AMANDA SCHVILWERVE, WENDY STEPHENS, ADRIA STONE, and SHARON SWANK, § § § § § § § § § § § § § § § | |
| Plaintiffs, § § § | |
| v. § § | Civil Action No. H-05-3259 |
| TGF PRECISION HAIRCUTTERS, INC., BRELIAN, INC. and FRANK TAVAKOLI, § § § § | |
| Defendants. § | JURY TRIAL DEMANDED |

## FINAL JUDGMENT

The motion for summary judgment in favor of Defendants TGF PRECISION HAIRCUTTERS, INC., BRELIAN, INC., and FRANK TAVAKOLI against Defendant SHENATHRA COLLINS is GRANTED and it is ORDERED that Plaintiff SHENATHRA COLLINS take nothing against Defendants TGF PRECISION HAIRCUTTERS, INC., BRELIAN, INC., and FRANK TAVAKOLI.

Each of the Defendants and Plaintiff SHENATHRA COLLINS shall bear its own costs of Court.

SIGNED the **6th** day of **MARCH**, 2006.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

2